Sung T. Kim (SBN 277052)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff,
ALFRED BERNARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALFRED BERNARD,

              Plaintiff,

      vs.

CLAMEL ENTERPRISES, INC. d/b/a
IHOP #761; and DOES 1 through 10,

           Defendants.

**Case No.: 2:17-cv-03502 DSF (JCx)**

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Case Filed:     May 09, 2017

      Notice is hereby given that Plaintiff Alfred Bernard ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated: November 3, 2017       ADVANCED DISABILITY ADVOCATES

                        By:   /s/ Sung T. Kim_____
                             Sung T. Kim, Esq.
                       Attorneys for Plaintiff