Sung T. Kim (SBN 277052)
adadvocates@gmail.com
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-1258

Attorneys for Plaintiff
ALFRED BERNARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD,<br><br>    Plaintiff,<br><br>v.<br><br>CLAMEL ENTERPRISES, INC. d/b/a IHOP #761; and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:17-cv-03502 DSF (JCx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br>Complaint Filed:   May 09, 2017<br>Trial Date:             None Set |

   IT IS HEREBY STIPULATED, by and between Plaintiff Alfred Bernard and Defendant, Clamel Enterprises, Inc. d/b/a IHOP #761, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety and with prejudice as to all claims and causes of action.  The parties to this Stipulation

are to bear their respective costs, fees, attorneys' fees, and expenses and no party claims to be a prevailing party.

DATED:  November 14, 2017    ADVANCED DISABILITY ADVOCATES

By: */s/ Sung T. Kim*
Sung T. Kim, Esq.
Attorney for Plaintiff Alfred Bernard

DATED:  November 14, 2017    **VAN VLECK & ZALLER, LLP**

By: */s/ Nicole Kirkilevich*
Nicole Kirkilevich, Esq.

Attorneys for Defendant
Clamel Enterprises, Inc.

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained opposing counsel's authorization to affix his electronic signature to this document.

By: */s/ Sung T. Kim*
Sung T. Kim, Esq.